1  LISA C. GILINGER LAW OFFICES
   LISA GILINGER
2  635 N. Alisos Street
   Santa Barbara, California 93103-2557
3  Telephone Number: 805-568-5370
   Fax number: 805-568-5149
4  E-mail: lisa@lisagilinger.com

5  Attorney for plaintiff

6  SANDRA R BROWN
7  Acting United States Attorney
   DOROTHY SCHOUTEN
8  Assistant United States Attorney
   Chief, Civil Division
9  ESTHER H. KIM
   Special Assistant United States Attorney
10     Social Security Administration
       160 Spear Street, Suite 800
11     San Francisco, California 94105
       Telephone: (415) 977-8922
12     Facsimile: (415) 744-0134
13     E-Mail: esther.h.kim @ssa.gov

14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| VINCENT ANGEL RUIZ, JR. | Case No.: CV 16-4157 JC |
| Plaintiff, | ORDER FOR PAYMENT OF EAJA FEES |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS HEREBY ORDERED that Plaintiff be awarded fees under the Equal Access to Justice Act in the amount of $3,500.00 (three thousand five hundred dollars and no cents), pursuant to 28 U.S.C. §§ 1920, 2414(d).

EAJA fees having been awarded, the government will consider the matter of the assignment of EAJA fees to Plaintiff's attorney. Pursuant to Ratliffe v. Astrue, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment fees, to be made directly to LAW OFFICES OF LISA C. GILINGER, pursuant to the assignment executed by Plaintiff. Any payments shall be delivered to Plaintiff's counsel.

DATE: July 7, 2017

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE